M. RANDALL OPPENHEIMER (S.B. #77649)
roppenheimer@omm.com
CATALINA J. VERGARA (S.B. #223775)
cvergara@omm.com
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, California  90071-2899
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

BRIAN D. BOYLE (S.B. #126576)
bboyle@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006
Telephone:    (202) 383-5300
Facsimile:    (202) 383-5414

Attorneys for Defendants
CHEVRON CORPORATION and
ESIP INVESTMENT COMMITTEE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CHARLES E. WHITE, JR., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHEVRON CORPORATION, *et al.*, <br><br> Defendants. | Case No. 4:16-cv-00793-PJH <br><br> **DECLARATION OF CATALINA J. VERGARA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** <br><br> Date:  January 18, 2017 <br> Time:  9:00 a.m. <br> Judge:  Hon. Phyllis J. Hamilton <br> Courtroom:  3, Third Floor <br><br> Compl Filed:  February 17, 2016 <br> Am. Compl. Filed:  September 30, 2016 <br><br> Trial Date:  None Set |

**DECLARATION**

I, Catalina J. Vergara, the undersigned, hereby declare:

1.  I am an attorney at law and am licensed to practice law in the Northern District of California. I am a partner in the law firm of O'Melveny & Myers LLP, counsel of record for Defendants Chevron Corporation and ESIP Investment Committee in this matter.

2.  I submit this declaration in support of Defendants Motion to Dismiss. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would testify competently thereto.

3.  Attached hereto as Exhibit A is a true and correct copy of a U.S. Government Accountability Office report entitled *401(k) Plans: Certain Investment Options and Practices that May Restrict Withdrawals Not Widely Understood*, which is publicly available at www.gao.gov/new.items/d11291.pdf.

4.  Attached hereto as Exhibit B is a true and correct copy of a Vanguard newsletter entitled *Money Market Reform and Stable Value: Considerations for Plan Fiduciaries*, which is publicly available at https://institutional.vanguard.com/iam/pdf/ISGSVMM.pdf.

5.  Attached hereto as Exhibit C is a true and correct copy of a July 2012 article by Karin LaBarge entitled *Stable Value Funds: Considerations for Plan Sponsors*, which is publicly available at https://pressroom.vanguard.com/nonindexed/7.23.2012_Stable_Value_Funds.pdf.

6.  Attached hereto as Exhibit D is a true and correct copy of the 2010 Form 5500 for the Chevron Employee Savings Investment Plan ("ESIP"), which is publicly available on the United States Department of Labor's website through the "Form 5500/5500-SF Filing Search" page located at https://www.efast.dol.gov/portal/app/disseminate?execution=e1s1.

7.  Attached hereto as Exhibit E is a true and correct copy of the 2011 Form 5500 for the Chevron Employee Savings Investment Plan ("ESIP"), which is publicly available on the United States Department of Labor's website through the "Form 5500/5500-SF Filing Search" page located at https://www.efast.dol.gov/portal/app/disseminate?execution=e1s1.

8.  Attached hereto as Exhibit F is a true and correct copy of the 2007 Form 5500 for

1  the Chevron Employee Savings Investment Plan ("ESIP").

2      9.    Attached hereto as Exhibit G is a true and correct copy of the 2008 Form 5500 for
3  the Chevron Employee Savings Investment Plan ("ESIP").

4      10.    Attached hereto as Exhibit H is a true and correct copy of the 2009 Form 5500 for
5  the Chevron Employee Savings Investment Plan ("ESIP"), which is publicly available on the
6  United States Department of Labor's website through the "Form 5500/5500-SF Filing Search"
7  page located at https://www.efast.dol.gov/portal/app/disseminate?execution=e1s1.

8      11.    Attached hereto as Exhibit I is a true and correct copy of the Summary Prospectus
9  for the Vanguard Windsor II Investor Shares ("VWNFX"), dated February 24, 2011, which is
10 publicly available at https://www.sec.gov/Archives/edgar/data/107606/000093247111001701/
11 windsoriifundsp073.htm.

12     12.    Attached hereto as Exhibit J is a true and correct copy of the equity ownership of
13 Chevron stock as of September 30, 2016, as reported by Morningstar, available at
14 http://investors.morningstar.com/ownership/shareholders-
15 overview.html?region=USA&welcomePage=true&ops=clear&t=CVX.

16     13.    Attached hereto as Exhibit K is a true and correct copy of a February 2012 ESIP
17 participant newsletter entitled *Change is Coming to the ESIP: Your Wealth*.

18     14.    Attached hereto as Exhibit L is a true and correct copy of the 2011 Instructions for
19 Form 5500, which is publicly available at https://www.dol.gov/sites/default/files/ebsa/employers-
20 and-advisers/plan-administration-and-compliance/reporting-and-filing/form-5500/2011-
21 5500inst_0.pdf.

22     I declare under penalty of perjury that the foregoing is true and correct.

23

24     Executed in Los Angeles, California on October 28, 2016.

25

26                                        */s/ Catalina J. Vergara*
                                          Catalina J. Vergara

27

28