SCHLICHTER, BOGARD & DENTON
JEROME J. SCHLICHTER (54513)
MICHAEL A. WOLFF (*pro hac vice*)
TROY A. DOLES (*pro hac vice*)
HEATHER LEA (*pro hac vice*)
JAMES REDD (*pro hac vice*)
100 South Fourth Street
St. Louis, MO 63102
Telephone: (314) 621-6115
Facsimile: (314) 621-5934
jschlichter@uselaws.com
mwolff@uselaws.com
tdoles@uselaws.com
hlea@uselaws.com
jredd@uselaws.com

*Attorneys for Plaintiffs*

FUTTERMAN DUPREE DODD
CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Local Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CHARLES E. WHITE, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHEVRON CORPORATION, et al., <br><br> Defendants. | Case No. 4:16-cv-00793-PJH <br><br> **PLAINTIFFS' STATEMENT OF RECENT DECISION** <br><br> Date: January 18, 2017 <br> Time: 9:00 a.m. <br> Judge: Hon. Phyllis J. Hamilton <br> Courtroom: 3, 3rd Floor <br><br> Compl. Filed: February 17, 2016 <br> Am. Compl. Filed: September 30, 2016 <br><br> Trial Date: None set |

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs respectfully submit this Statement of Recent Decision to bring to the Court's attention the decision of the United States Court of Appeals for the Ninth Circuit *en banc* in *Tibble v. Edison Int'l*, No. 10-56406, 2016 U.S. App. LEXIS 22366 (9th Cir. Dec. 16, 2016).[1] The attorneys for Plaintiffs here also represented the Plaintiffs in *Tibble*. That decision provides further support for Plaintiffs' opposition to the pending motion to dismiss.[2] *See* Doc. 47. The *Tibble* decision supports Plaintiffs' claim that Defendants breached their fiduciary duties under ERISA by including higher-cost mutual fund shares in the Plan instead of lower-cost, but otherwise identical, shares of the same mutual funds. Doc. 41 ¶¶71–92; Doc. 47 at 8–9, 17–20 (ECF header pages). *Tibble* also supports Plaintiffs' claim that Defendants' failure to wield the $19 billion Plan's power to obtain those favorable investment products and waste of Plan participants' money on unnecessary fees constitutes a fiduciary breach under ERISA. Doc. 41 ¶¶2, 71–92; Doc. 47 at 8–9, 18–20.

Dated: December 22, 2016

Respectfully submitted,

SCHLICHTER BOGARD & DENTON LLP

/s/ Jerome J. Schlichter
JEROME J. SCHLICHTER (54513)
jschlichter@uselaws.com
*Attorneys for Plaintiffs*

---

[1] A copy of the slip opinion is attached.

[2] *Tibble* was filed two weeks after Plaintiffs' filed their opposition to Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, and the decision has since been reported by Lexis. The decision is therefore appropriate for consideration by the Court. *See* Civil L.R. 7-3(d)(2) ("Before the noticed hearing date, counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed by filing and serving a Statement of Recent Decision, containing a citation to and providing a copy of the new opinion—without argument.").