UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E WHITE, et al., | Case No. 16-cv-0793-PJH |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| CHEVRON CORPORATION, et al., | |
| Defendants. | |

The issues having been duly heard and the court having granted defendant's motion to dismiss the first amended complaint,

it is Ordered and Adjudged

that plaintiff take nothing, and that the action is dismissed with prejudice.

Dated: May 31, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge